(May 3, 1967)

CARL J. WALTERS et al., Respondents, v. FRANCIS H. ROBERTS et al., Appellants.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

PERCY GOFF, Appellant, v. LESTER M. SHULTIS et al., Respondents.—

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

(May 4, 1967)

SARATOGIAN, INC., et al., Respondents, v. BOARD OF SUPERVISORS OF THE COUNTY OF SARATOGA, Appellant, and STATE OF NEW YORK et al., Respondents, and HARRY D. SNYDER, JR., as Supervisor of the City of Saratoga Springs, Intervenor Respondent.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.